UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NONI GOTTI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE GOOD FEET STORE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 08cv1762 L(LSP) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE [doc. #15] and DENYING AS MOOT MOTION TO REMAND [doc. #5]** |

Good cause appearing, the parties' joint motion to dismiss plaintiff's claims with prejudice is hereby **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiff's claims are hereby dismissed with prejudice. The entire case is dismissed with prejudice, each party to bear its own legal fees, litigation expenses and costs.

**IT IS SO ORDERED.**

DATED: January 26, 2009

*[signature]*
M. James Lorenz
United States District Court Judge

/ / /

/ / /

/ / /

/ / /

08cv1762

1  COPY TO:

2  HON. LEO S. PAPAS
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL